UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| THE ESTATE OF DAVID LEE WELCH, by MELISSA (WELCH) O'BRYAN, its PERSONAL REPRESENTATIVE,<br><br>Plaintiffs,<br><br>vs.<br><br>INVESTORS LIFE INSURANCE COMPANY OF NORTH AMERICA AND STATE AUTOMOBILE MUTUAL INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)  CAUSE NO. 3:04-CV-0218-RLY-WGH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

The Court, being duly advised, now finds that there are no genuine issues of material fact and that State Automobile Mutual Insurance Company is entitled to a summary judgment in its favor as to plaintiff's complaint.

WHEREFORE, the Court now enters judgment in favor of State Automobile Mutual Insurance Company and finds that plaintiff shall take nothing by way of her complaint against State Automobile Mutual Insurance Company.

So ordered this ___ day of _____, 2005.

02/03/2006

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:   patmorelaw@psci.net
sgoneill@bakerd.com
saj@evansville.net